IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED HEALTH SERVICES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANE RENTON,<br><br>    Defendant.<br>_____/ | No. C 12-6154 JSW<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
| UNITED HEALTH SERVICES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIE MEYER,<br><br>    Defendant.<br>_____/ | No. C 12-6197 CW |

    Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above referenced cases to Judge Jeffrey S. White to consider whether they are related. The parties may respond to this referral, opposing or supporting relating the cases, within four days of the date of this order, in briefs submitted in accordance with the requirements set forth in Civil Local Rule 7-11(b).

    The Court notes that, although the Defendants in these actions are not the same individuals and it is not clear whether the underlying state court and administrative actions concern the same events, the arbitration policies at issue in both cases appear identical and the Defendants appear to be collaborating in some capacity on this issue. See, e.g., Urias Decl. ¶ 20, Docket

No. 4-2 in 12-6197, & Ex. P, Docket No. 4-5 in 12-6197 (joint letter signed by both Defendants to Plaintiff disputing the existence of an agreement to arbitrate and addressing arbitration procedures).  In addition, although neither Defendant has yet appeared in the above cases personally or through counsel, the Court notes that both are represented by the same attorney, Michael Cohen, in some of their claims arising out of their former employment with Plaintiff and appear to be representing themselves pro se in other actions.  Accordingly, it may be an unduly burdensome duplication of labor and expense for both the parties and the Court if the cases are conducted before different Judges.

   IT IS SO ORDERED.

Dated: 3/6/2013

CLAUDIA WILKEN
United States District Judge