IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED HEALTHCARE SERVICES, INC.,

    Plaintiff,

No. C 12-06154 JSW

v.

DIANE RENTON,

**ORDER TO SHOW CAUSE**

    Defendant.
                                          /

On February 27, 2013, Plaintiff filed a motion for alternate service, and to extend the time for service, and noticed it to be heard on April 12, 2013. However, since Plaintiff filed this motion, several proofs of service have been filed and Defendant has filed a notice of appearance. By no later than April 8, 2013, Plaintiff is directed to show cause in writing why its motion for alternate service, and to extend the time for service, is not moot.

**IT IS SO ORDERED.**

Dated: April 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED HEALTHCARE SERVICES,

    Plaintiff,

  v.

DIANE RENTON et al,

    Defendant.

Case Number: CV12-06154 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Diane Renton
120 Village Square #147
Orinda, CA 94563-2502

Dated: April 2, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk