1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    UNITED HEALTHCARE SERVICES, INC.,

10              Plaintiff,                          No. C 12-06154 JSW

11       v.

12   DIANE RENTON,                            **ORDER TO SHOW CAUSE**

13              Defendant.
     _____/
14

15          On February 27, 2013, Plaintiff filed a motion for alternate service, and to extend the

16   time for service, and noticed it to be heard on April 12, 2013.  However, since Plaintiff filed this

17   motion, several proofs of service have been filed and Defendant has filed a notice of

18   appearance.  By no later than April 8, 2013, Plaintiff is directed to show cause in writing why

19   its motion for alternate service, and to extend the time for service, is not moot.

20          **IT IS SO ORDERED.**

21
22   Dated:  April 2, 2013                    _____
                                              JEFFREY S. WHITE
23                                            UNITED STATES DISTRICT JUDGE

24
25
26
27
28

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6   UNITED HEALTHCARE SERVICES,

Case Number: CV12-06154 JSW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

DIANE RENTON et al,

9

Defendant.

10 _____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

12 District Court, Northern District of California.

13 That on April 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

15

16

17 Diane Renton
120 Village Square #147

18 Orinda, CA 94563-2502

19

20 Dated: April 2, 2013

21

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28

United States District Court
For the Northern District of California